UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

MAGISTRATE JUDGE: _____

FLAMINGO SOUTH BEACH I CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

SELECTIVE INSURANCE COMPANY OF
SOUTHEAST, a North Carolina corporation,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, FLAMINGO SOUTH BEACH I CONDOMINIUM ASSOCIATION, INC. ("Flamingo" or "Plaintiff"), sues Defendant, SELECTIVE INSURANCE COMPANY OF SOUTHEAST ("Selective"), as follows:

### NATURE OF ACTION

1. This is an action for damages for breach of contract arising out of Selective's failure to fully indemnify Flamingo for loss covered by a flood insurance policy resulting from a flood affecting Flamingo's property.

### PARTIES, JURISDICTION AND VENUE

2. The Court has jurisdiction pursuant to 42 U.S.C. § 4072 and 28 U.S.C. § 1331.

3. At all times material to this action, Flamingo was a Florida corporation located and operating in Miami-Dade County, Florida.

CASE NO. _____

4. Upon information and belief, Selective is a North Carolina corporation with a principal place of business in New Jersey.

5. At all material times, Selective was licensed to and did conduct the business of insurance in the State of Florida, including issuing flood insurance coverage in exchange for a premium.

6. Flamingo's claim against Selective is a substantial federal claim under the National Flood Insurance Act of 1968, 42 U.S.C. §§ 4001-4129.

7. Venue is proper in the Southern District of Florida, as the contract of insurance at issue in this matter was entered into and delivered in Miami-Dade County, Florida, insuring premises located in Miami-Dade County, Florida.

## COMMON ALLEGATIONS

8. Selective issued to Flamingo a contract of insurance, Policy No. 1206510184J (the "Policy"), incepting February 17, 2009 and expiring on February 17, 2010, insuring real property located at 1500 Bay Road, Miami Beach, Florida and its contents (the "Insured Premises") for loss by or from flood, with limits of $78,980,000 for the building and $100,000 for the contents. A copy of the Policy is attached as Exhibit "A."

9. The Policy was delivered to Flamingo in Florida.

10. Flamingo has made timely payment of all premiums and has complied with all conditions precedent to coverage under the Policy.

11. The Policy was in full force and effect on June 5, 2009 when strong thunderstorms struck Miami Beach, dropping approximately nine (9) inches of rain within a few hours, causing extensive flooding to the Insured Premises.

92838_1

CASE NO. _____

12. Flamingo gave timely notice of the damage and made a timely claim to Selective. Shortly after the flood, Flamingo retained the Epic Group as public adjusters to act on the claim on Flamingo's behalf. Selective was informed of the Epic Group's representation on or about June 19, 2009.

13. The Policy requires that the insured file a sworn statement in proof of loss within sixty (60) after the loss.

14. Flamingo, with the assistance of Epic, submitted its sworn statement in proof of loss via certified mail on July 30, 2009, claiming a total of $816,470.69, representing the actual cash value of the damaged property less the applicable deductible. Included with the proof of loss were copies of supporting documentation, such as an estimate to repair all flood damage and pictures of the premises following the flood. A copy of the proof of loss, without supporting documentation, is attached hereto as Exhibit "B."

15. Selective responded to Flamingo's proof of loss with silence. Unsure of the status of the claim, Epic contacted Selective by phone on October 29, 2009. To Epic's surprise, Selective informed Epic that the claim had been closed.

16. Selective, through an adjuster working on their behalf, subsequently promised to prepare an estimate and submit it for payment.

17. To date, however, Selective has failed to provide an estimate to repair and replace the damaged property and failed to indemnify Flamingo for loss covered by the Policy.

18. Due to Selective's failure to indemnify Flamingo for covered loss, Flamingo has been forced to retain undersigned counsel to represent its interests in this action, and has agreed to pay counsel a reasonable fee for their services.

92838_1

CASE NO. _____

19. All conditions precedent to the institution of this action have been performed, waived or excused.

20. Flamingo offers to do equity in the premises.

## COUNT I – BREACH OF CONTRACT

21. Flamingo incorporates Paragraphs 1 through 20 as though fully set forth herein.

22. At all times material to this action, Flamingo's property was insured by Selective under the Policy, which is an enforceable contract under the laws of the State of Florida.

23. The contract obligates Selective to perform certain duties, including a duty "pay [the policyholder] for direct physical loss by or from flood."

24. Selective, through its agents, servants and employees, breached those duties and thus the contract by the acts and omissions alleged in Paragraphs 1 through 23.

25. As a direct, foreseeable and proximate result of Selective's breach of its duties and obligations under the Policy, Flamingo has suffered and continues to suffer damages.

**WHEREFORE**, Plaintiff, Flamingo South Beach I Condominium Association, Inc., demands judgment against Defendant, Selective Insurance Company of Southeast, for damages in the form of benefits owed but unpaid under the Policy, pre- and post-judgment interest, attorney's fees pursuant to FLA. STAT. §627.428, costs and any further relief this Court deems equitable, just and proper.

92838_1

CASE NO. _____

## TRIAL BY JURY

Flamingo demands trial by jury of all issues so triable as a matter of right.

DATED this 4th day of June, 2010.

                                              Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**

/Matthew B.Weaver_____
**Jason S. Mazer**
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew B. Weaver**
Florida Bar No. 42858
mweaver@vpl-law.com
100 S.E. 2nd Street
30th Floor
Miami, Florida 33131
Telephone:  (305) 577-3996
Facsimile:  (305) 577-3558
*Attorneys for Plaintiff*